IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COZETTA DAVIS, | ) | |
| | ) | No: 09 CV 6406 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| OFFICERS MARK GUTKOWSKI, | ) | |
| RUBEN ORTA, DONTA HAYES, | ) | |
| JORGE RIVERA, ANGEL AMADOR, | ) | |
| NICHOLAS EVANGELIDES, | ) | |
| SGT. MARK BLASSUCCI, LIBERTI, | ) | |
| VRENTAS AND THE CITY OF | ) | |
| CHICAGO, A MUNICIPAL | ) | |
| CORPORATION | ) | JURY DEMAND |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOW COME the attorneys Amina Al-Hassan Dowuonah and Standish E. Willis, counsel for COZETTA DAVIS, and move this court to allow counsel to withdraw as counsel for Ms. Davis. In support of my motion, counsel state as follows:

1. Attorneys Amina Al-Hassan Dowuonah and Standish Willis now believe that there are irreconcilable differences between us and Plaintiff and as such we seek leave to withdraw as counsel.

2. Although counsel have been unsuccessful in speaking with Plaintiff recently, the undersigned sent a certified letter to Plaintiff, informing her of our intent to withdraw and also notified her of the date the instant motion to withdraw would be presented.

3. Counsel, therefore, request that this court allow them leave to withdraw as counsel for Plaintiff Cozetta Davis.

**WHEREFORE**, the undersigned move this court grant Amina Al-Hassan Dowuonah and Standish E. Willis leave to withdraw as counsel for Mr. Edwards.

                                                            Respectfully submitted,
                                                            /s/ Amina Al-Hassan Dowuonah

The Law Office of Standish E. Willis. Ltd.
39 S. LaSalle Street, Suite 1210
Chicago, IL 60603
(312) 7501950